## Commonwealth *v.* Singleton, Appellant.

Submitted March 20, 1973. *Michael P. Bolno* and *Jonathan Miller*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.